**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Kirby Construction Group, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2666457** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5365 Dividend Drive, Suite F**<br>**Decatur, GA 30035**<br>Number, Street, City, State & ZIP Code | **P.O. Box 1926**<br>**Conyers, GA 30012**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **DeKalb**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Kirby Construction Group, LLC**
      Name                                                  Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

---

Debtor    **Kirby Construction Group, LLC**                                   Case number (*if known*) _____
_____Name_____

**10.** **Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in
*this district?*** | *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

▄▄▄ **Statistical and administrative information**

**13.** **Debtor's estimation of
available funds**  .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of
creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Kirby Construction Group, LLC**                                     Case number (*if known*)
Name

☐ $50,001 - $100,000                ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million             ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Kirby Construction Group, LLC**                                     Case number (*if known*) _____
_____
Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2023**
MM / DD / YYYY

**X /s/ Andrew C. Kirby, Jr.**                                  **Andrew C. Kirby, Jr.**
Signature of authorized representative of debtor              Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Paul Reece Marr GA Bar #**                          Date    **September 13, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
Number, Street, City, State & ZIP Code

Contact phone    **(770) 984-2255**          Email address    **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Kirby Construction Group, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 13, 2023**          X **/s/ Andrew C. Kirby, Jr.**
                                              Signature of individual signing on behalf of debtor

                                              **Andrew C. Kirby, Jr.**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Kirby Construction Group, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mikeitz Realty (Snapfinger GA) c/o Dalfen Ind. - S. Cantrell 5607 Glenridge Dr. Ste 460 Atlanta, GA 30342** | | **premises lease arrearage** | | | | **$20,294.64** |
| **Wells Fargo Bank PO Box 51174 Los Angeles, CA 90051-5474** | | **line of credit** | | | | **$17,594.77** |
| **Hardware Resources c/o Transworld Systems Inc. 500 Virginia Drive, Suite 514 Fort Washington, PA 19034** | | **account payable** | | | | **$9,785.54** |
| **Build.com #3700 c/o DAL, Inc. PO Box 162 Clifton Heights, PA 19018** | | **account payable** | | | | **$9,313.18** |
| **Citibank PO Box 790411 Saint Louis, MO 63179** | | **Home Depot Commercial Revolve credit card** | | | | **$8,404.40** |
| **Internal Revenue Service (CIO) PO Box 7346 Philadelphia, PA 19101-7346** | | **payroll withholding and unemployment tax** | | | | **$6,425.20** |

| Debtor | **Kirby Construction Group, LLC** | | Case number *(if known)* | |
|--------|-----------------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wex Bank c/o Frontline Asset Strategies 2700 Snelling Ave N, Ste 450 Saint Paul, MN 55113** | | account payable | | | | **$6,031.64** |
| **Color Schemes Corporation 321 Vineyard Drive Athens, GA 30607** | | account payable | | | | **$5,450.00** |
| **Artistic Builders Supply Ace Hardware 963 Buford Dr C Lawrenceville, GA 30043** | | account payable | | | | **$5,209.00** |
| **Southern Wholesale Flooring Co 955 Cobb Place Blvd NW Kennesaw, GA 30144** | | account payable | | | | **$4,996.23** |
| **Armstong Relocation Services 6950 Business Court Atlanta, GA 30340** | | account payable | | | | **$4,926.17** |
| **Spahn & Rose Lumber Company 1100 Rockdale Road Dubuque, IA 52003-7875** | | account payable | | | | **$4,251.44** |
| **Rosen Materials c/o Vericore 10115 Kincey Avenue, Suite 100 Huntersville, NC 28078-6482** | | account payable | | | | **$3,133.90** |
| **Robert Kirby 570 Brown Church Road Social Circle, GA 30025** | | wages | | | | **$3,099.94** |
| **Atlanta Specialty Millworks 1360 Logan Cir NW Atlanta, GA 30318** | | account payable | | | | **$3,048.30** |

Debtor  **Kirby Construction Group, LLC**
_____     Case number *(if known)*  _____
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Houzz Legal Dept. 285 Hamilton Avenue, 4th Floor Palo Alto, CA 94301** | | **Pro-Services Agreement** | **Disputed** | | | **$2,514.00** |
| **Sherwin Williams Paint 1561 Highway 138 SE Conyers, GA 30013-1278** | | **account payable** | | | | **$2,338.42** |
| **Interceramic Inc. c/o CST World Wide PO Box 224768 Dallas, TX 75222-4768** | | **account payable** | | | | **$2,285.27** |
| **Panet Peterson 206 Bond Drive Ellenwood, GA 30294** | | **wages** | | | | **$1,670.28** |
| **Kendal Campbell 318 Caruthers Ave Hohenwald, TN 38462** | | **wages** | | | | **$1,337.66** |

**Fill in this information to identify the case:**

Debtor name **Kirby Construction Group, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
                                                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ 93,076.93

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $ 93,076.93

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 489,897.38

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 6,425.20

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 167,976.04

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b                                                       $ 664,298.62

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Kirby Construction Group, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **QuickBooks** | **checking** | **7688** | **$22,021.70** |
| 3.2. | **Wells Fargo Bank** | **checking** | **7619** | **$8,417.39** |
| 3.3. | **Wells Fargo Bank** | **savings** | **6079** | **$0.01** |
| 3.4. | **Wells Fargo Bank** | **checking** | **4434** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $30,439.10 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor    **Kirby Construction Group, LLC**                              Case number *(If known)* _____
          Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

     **security deposit with landlord Mikeitz Realty (Snapfinger Georgia) ADA Compliant**
7.1.  **Limited Partnership** _____            **$4,200.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    | **$4,200.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **6,034.90**    -    **0.00**    = ....        **$6,034.90**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:        **13,202.10**    -    **13,202.10**    =....        **$0.00**
                              face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | **$6,034.90** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale inventory** | | **Unknown** | | **$1,306.93** |

22.    **Other inventory or supplies**

Debtor    **Kirby Construction Group, LLC**                              Case number *(If known)* _____
          Name

23.  **Total of Part 5.**                                                                    | $1,306.93 |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** office furniture | **Unknown** | | **$2,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** office computers and related equipment | **Unknown** | | **$2,000.00** |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                                    | $4,000.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor  **Kirby Construction Group, LLC**                      Case number *(If known)* _____
Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Yale forklit** | **Unknown** | | **$15,536.00** |
| 47.2.  **racking system** | **Unknown** | | **$31,560.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                  | **$47,096.00** |
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Kirby Construction Group, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,439.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,034.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,306.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,096.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $93,076.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $93,076.93 |

**Fill in this information to identify the case:**

Debtor name **Kirby Construction Group, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

**2.1 Commercial Industrial Finance**
Creditor's Name

**d/b/a Indoff Capital
10024 Office Center Ave. #1500
Saint Louis, MO 63128**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
on or about 5/26/2022**
**Last 4 digits of account number
2891,8097**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**racking system**

_____

Describe the lien
**Equipment Finance Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $24,932.00 | $31,560.00 |

**2.2 Fundbox**
Creditor's Name

**Prashant Fuloria, CEO
6900 Dallas Parkway, STE 700
Plano, TX 75024**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
UCC filed 3/16/2020**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**essentially all business assets**

_____

Describe the lien
**UCC, Revolving Credit Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| $42,048.70 | Unknown |

Debtor    **Kirby Construction Group, LLC**                                    Case number (if known) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Richard M. Howe, Esq.** | Describe debtor's property that is subject to a lien | $22,916.68 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**for Technology Insurance
Co.
4385 Kimball Bridge Rd
#100
Alpharetta, GA 30022**
Creditor's mailing address

**Describe the lien**
**Consent Final Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/27/2023**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **U.S. Small Business Admin.** | Describe debtor's property that is subject to a lien | $400,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **essentially all business assets** | | |

**Office of Disaster
Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155**
Creditor's mailing address

**Describe the lien**
**security agreement and financing statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/30/2020; amended
10/19/2021**
**Last 4 digits of account number**
**8209**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $489,897.38

Debtor    **Kirby Construction Group, LLC**                                    Case number (*if known*)    _____
                    Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First Electronic Bank**<br>**Derek Higginbotham, CEO**<br>**2150 S 1300 E; Ste 400**<br>**Salt Lake City, UT 84106** | Line **2.2** | |
| **FundBox**<br>**c/o Sequium Asset Solutions**<br>**1130 Northchase Pkwy SE Ste 15**<br>**Marietta, GA 30067-6429** | Line **2.2** | |
| **Lester J. Hubble, Esq.**<br>**for Indoff Capital**<br>**5353 S. Lindbergh Blvd #210**<br>**Saint Louis, MO 63126** | Line **2.1** | |
| **Republic Bank; Collections**<br>**formerly Commercial Industrial**<br>**10024 Office Center Avenue**<br>**Saint Louis, MO 63128** | Line **2.1** | **8097** |
| **U.S. Attorney**<br>**600 Richard Russell Building**<br>**75 Spring Street, SW**<br>**Atlanta, GA 30303** | Line **2.4** | |
| **U.S. Small Business Admin.**<br>**GA District Office**<br>**233 Peachtree Street NE; #300**<br>**Atlanta, GA 30303** | Line **2.4** | |

| Fill in this information to identify the case: |
|---|

Debtor name **Kirby Construction Group, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Georgia Department of Revenue**
**ARCS - Bankruptcy**
**1800 Century Blvd NE Ste 9100**
**Atlanta, GA 30345-3202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service (CIO)**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$6,425.20**    Priority amount: **$6,425.20**

Date or dates debt was incurred

Basis for the claim:
**payroll withholding and unemployment tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Kirby Construction Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,507.70 |
|---|---|---|---|

**Andrew Kirby Sr**
**2760 Glad Dale**
**Conyers, GA 30094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24/2022 - 1/19/2023**

Basis for the claim:  **wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,432.83 |
|---|---|---|---|

**Anitra Kirby**
**570 Brown Church Road**
**Social Circle, GA 30025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24/2022 - 1/19/2023**

Basis for the claim:  **wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,926.17 |
|---|---|---|---|

**Armstong Relocation Services**
**6950 Business Court**
**Atlanta, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **account payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,209.00 |
|---|---|---|---|

**Artistic Builders Supply**
**Ace Hardware**
**963 Buford Dr C**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **account payable**

Last 4 digits of account number  **3133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,048.30 |
|---|---|---|---|

**Atlanta Specialty Millworks**
**1360 Logan Cir NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **account payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,313.18 |
|---|---|---|---|

**Build.com #3700**
**c/o DAL, Inc.**
**PO Box 162**
**Clifton Heights, PA 19018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **account payable**

Last 4 digits of account number  **7135**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.59 |
|---|---|---|---|

**Caroline Smith**
**1504 Aurora Ave**
**Cleveland, TN 37311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24/2022 - 1/19/2023**

Basis for the claim:  **wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Kirby Construction Group, LLC**
_____
Name    Case number *(if known)* _____

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,404.40 |
|---|---|---|---|

**Citibank**
**PO Box 790411**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Home Depot Commercial Revolve credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,179.35 |
|---|---|---|---|

**City Electric Supply**
**Dallas Division**
**400 S Record St Ste 1250**
**Dallas, TX 75202-4839**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,450.00 |
|---|---|---|---|

**Color Schemes Corporation**
**321 Vineyard Drive**
**Athens, GA 30607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,194.59 |
|---|---|---|---|

**Dakota Cormican**
**1004 C St**
**La Porte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **11/24/2022 - 1/19/2023**

**Last 4 digits of account number** _

**Basis for the claim:** **wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,785.54 |
|---|---|---|---|

**Hardware Resources**
**c/o Transworld Systems Inc.**
**500 Virginia Drive, Suite 514**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2023**

**Basis for the claim:** **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,514.00 |
|---|---|---|---|

**Houzz**
**Legal Dept.**
**285 Hamilton Avenue, 4th Floor**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Pro-Services Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,285.27 |
|---|---|---|---|

**Interceramic Inc.**
**c/o CST World Wide**
**PO Box 224768**
**Dallas, TX 75222-4768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2334**

**Basis for the claim:** **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kirby Construction Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**KCG Flooring & Design LLC**
**5365 Dividend Drive, Suite F**
**Decatur, GA 30035**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**$35,212.85**

---

**3.16** | Nonpriority creditor's name and mailing address

**Kendal Campbell**
**318 Caruthers Ave**
**Hohenwald, TN 38462**

Date(s) debt was incurred **11/24/2022 - 1/19/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset? ■ No ☐ Yes

**$1,337.66**

---

**3.17** | Nonpriority creditor's name and mailing address

**Leaf Funding, Inc.**
**Legal Dept.**
**2005 Market Street 14th Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **possible deficiency balance regarding copier repossessed April 2024**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address

**Lime Granite dba Toro Granite**
**3853 Green Industrial Way**
**Atlanta, GA 30341-1911**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,206.90**

---

**3.19** | Nonpriority creditor's name and mailing address

**Mikeitz Realty (Snapfinger GA)**
**c/o Dalfen Ind. - S. Cantrell**
**5607 Glenridge Dr. Ste 460**
**Atlanta, GA 30342**

Date(s) debt was incurred **premises lease dated May 26, 2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **premises lease arrearage**

Is the claim subject to offset? ■ No ☐ Yes

**$20,294.64**

---

**3.20** | Nonpriority creditor's name and mailing address

**Panet Peterson**
**206 Bond Drive**
**Ellenwood, GA 30294**

Date(s) debt was incurred **11/24/2022 - 1/19/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset? ■ No ☐ Yes

**$1,670.28**

---

**3.21** | Nonpriority creditor's name and mailing address

**Robert Kirby**
**570 Brown Church Road**
**Social Circle, GA 30025**

Date(s) debt was incurred **11/24/2022 - 1/19/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset? ■ No ☐ Yes

**$3,099.94**

---

Debtor    **Kirby Construction Group, LLC**                                    Case number *(if known)* _____
         Name

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,133.90 |

**Rosen Materials**
**c/o Vericore**
**10115 Kincey Avenue, Suite 100**
**Huntersville, NC 28078-6482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  account payable

Last 4 digits of account number  5855

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,338.42 |

**Sherwin Williams Paint**
**1561 Highway 138 SE**
**Conyers, GA 30013-1278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,163.95 |

**Social Circle Ace Home Center**
**181 S Cherokee Rd,**
**Social Circle, GA 30025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,996.23 |

**Southern Wholesale Flooring Co**
**955 Cobb Place Blvd NW**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  account payable

Last 4 digits of account number  8536

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,251.44 |

**Spahn & Rose Lumber Company**
**1100 Rockdale Road**
**Dubuque, IA 52003-7875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $839.33 |

**Suzanne Elliott**
**40 Highlands Way**
**Oxford, GA 30054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/24/2022 - 1/19/2023

**Basis for the claim:**  wages

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $883.65 |

**Top Knobs USA**
**c/o Transworld Systems Inc.**
**500 Virginia Drive, Suite 514**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  account payable

Last 4 digits of account number  7203

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kirby Construction Group, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$932.52** |
| | Tucker Acoustical Products Inc<br>2014 Steel Drive<br>Tucker, GA 30084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **account payable** | |
| | Last 4 digits of account number  **2184** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,594.77** |
| | Wells Fargo Bank<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **line of credit** | |
| | Last 4 digits of account number  **9216** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,031.64** |
| | Wex Bank<br>c/o Frontline Asset Strategies<br>2700 Snelling Ave N, Ste 450<br>Saint Paul, MN 55113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **account payable** | |
| | Last 4 digits of account number  **2796** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **A.G. Adjustments, Ltd.**<br>**for Sherwin Williams Paint**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | Line  **3.23**<br>☐ Not listed. Explain ____ | **0AGA** |
| 4.2 **C2C Resources, LLC**<br>**1455 Lincoln Pkwy E Suite 550**<br>**Atlanta, GA 30346** | Line  **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 **Dept. of Justice-Tax Division**<br>**Civil Trial §, So. Region**<br>**POBox14198, BenFranklinStation**<br>**Washington, DC 20044** | Line  **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **Edge Business Systems LLC**<br>**1350 Northmeadow Pkwy**<br>**Roswell, GA 30076** | Line  **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Internal Revenue Service**<br>**Stop 334D**<br>**401 W. Peachtree Street**<br>**Atlanta, GA 30308** | Line  **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Todd Sprinkle, Esq.**<br>**for Mikeitz Realty**<br>**1075 Peachtree Street NE #1500**<br>**Atlanta, GA 30339** | Line  **3.19**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Kirby Construction Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **United States Attorney**<br>**600 Richard B Russell Building**<br>**75 Ted Turner Drive, S.W.**<br>**Atlanta, GA 30303-3309** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **United States Attorney General**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 6,425.20 |
| **5b. Total claims from Part 2** | 5b. + | $ | 167,976.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 174,401.24 |

**Fill in this information to identify the case:**

Debtor name    **Kirby Construction Group, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **premises lease dated May 26, 2021 with landlord Mikeitz Realty (Snapfinger Georgia) ADA Compliant Limited Partnership regarding business premises improved with commercial building having an address of 5365 Dividend Drive, Suite F, Decatur, GA 30035** | |
| State the term remaining | **8/31/28** | **Dalfen Industrial LLC Susan Cantrell, Property Mngr 5607 Glenridge Dr, Ste 460 Atlanta, GA 30342** |
| List the contract number of any government contract | | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Pro-Services Agreement (business software)** | |
| State the term remaining | | **Houzz Legal Dept. 285 Hamilton Avenue, 4th Floor Palo Alto, CA 94301** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Kirby Construction Group, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrew Kirby, Jr.** | **P.O. Box 1926**<br>**Decatur, GA 30035** | **U.S. Small Business Admin.** | ☑ D __**2.4**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Andrew Kirby, Jr.** | **P.O. Box 1926**<br>**Decatur, GA 30035** | **Commercial Industrial Finance** | ☑ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Andrew Kirby, Jr.** | **P.O. Box 1926**<br>**Decatur, GA 30035** | **Leaf Funding, Inc.** | ☐ D _____<br>☑ E/F __**3.17**__<br>☐ G _____ |
| 2.4 | **Andrew Kirby, Jr.** | **P.O. Box 1926**<br>**Decatur, GA 30035** | **Fundbox** | ☑ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Kirby Construction Group, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$250,869.74** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$988,303.25** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$1,118,012.56** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
|  |  |  |  |

Debtor    **Kirby Construction Group, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Legacy Electrical Services Inc.**<br>**2421 C Lance Court**<br>**Loganville, GA 30052** | 9/1/2023 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Leaf Funding, Inc.**<br>**Legal Dept.**<br>**2005 Market Street 14th Floor**<br>**Philadelphia, PA 19103** | **copier** | **April 2023** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Commercial Industrial Finance d/b/a Indoff Capital vs. Kirby Construction Group, LLC, et al**<br>**23SL-AC19485** | **collections regarding equipment finance agreement and personal guaranty** | **Circuit Court of St. Louis County, MO** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Kirby Construction Group, LLC**                              Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Technology Insurance Company vs. Kirby Construction Group, LLC 2020CV1568** | | **State Court of Rockdale County** | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<h3>Part 4:   Certain Gifts and Charitable Contributions</h3>

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<h3>Part 5:   Certain Losses</h3>

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<h3>Part 6:   Certain Payments or Transfers</h3>

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Paul Reece Marr, P.C. 6075 Barfield Road Suite 213 Sandy Springs, GA 30328-4402** | **$16,738.00 ($15,000.00 retainer + $1,738.00 Petition filing fee)** | **8/25/2023 - 8/29/2023** | **$16,738.00** |
| **Email or website address paul.marr@marrlegal.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **Kirby Construction Group, LLC**                                    Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Carl James Baker III**<br>**8201 Plantation Trace**<br>**Covington, GA 30014** | **2006 Ford Econline Van** | **8/22/2023** | **$4,500.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.2. | **Craig Cleveland**<br>**230 Chateau Drive**<br>**Fayetteville, GA 30214** | **2013 Ford Transit Connect** | **8/22/2023** | **$5,500.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.3. | **Professional Drywall Finishings LLC**<br>**Mark Grubb**<br>**3882 Sugar Creek Dr**<br>**Douglasville, GA 30135** | **debtor transferred a 2006 F250 Super Duty Diesel truck VIN #-4605 to Professional Drywall Finishings LLC in payment of a $10,000.00 invoice** | **on or about 4/7/2023** | **$6,000.00** |
| | Relationship to debtor<br>**subcontractor** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    **Kirby Construction Group, LLC**                                     Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

&#9632;  No.
&#9633;  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

&#9632;  No. Go to Part 10.
&#9633;  Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

&#9632; None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

&#9632; None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

&#9632; None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

&#9632; None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | **Kirby Construction Group, LLC** | Case number *(if known)* | |

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Kirby Construction Group, LLC
Andrew Kirby, Jr.
PO Box 1926
Conyers, GA 30012** | |
| 26a.2.   **Chrsta Aiani, EA
CAEA - Tax & Accounting
2330 scenic Hwy S Suite 115
Snellville, GA 30078** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Kirby Construction Group, LLC**                                    Case number *(if known)*  _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Kirby Construction Group, LLC**<br>**Andrew Kirby, Jr.**<br>**PO Box 1926**<br>**Conyers, GA 30012** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Kirby, Jr.** | **PO Box 1926**<br>**Conyers, GA 30012** | **sole officer and member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Andrew Kirby**<br>**P.O. Box 1926**<br>**Decatur, GA 30035** | **$18,783.96 salary + $8,012.55 owner distributions** | **365 days pre-petition** | **compensation and distributions** |
| **Relationship to debtor**<br>**sole member and officer** | | | |

Debtor    **Kirby Construction Group, LLC**                                    Case number *(if known)* _____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

Debtor    **Kirby Construction Group, LLC**                              Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2023**

**/s/ Andrew C. Kirby, Jr.**                              **Andrew C. Kirby, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Kirby Construction Group, LLC**
_____
                                          Debtor(s)

Case No. _____

Chapter   **11**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  $  **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **representation of the debtor(s) in adversary proceedings.**

---

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 13, 2023**
_____
*Date*

**/s/ Paul Reece Marr GA Bar #**
_____
**Paul Reece Marr GA Bar # 471230**
*Signature of Attorney*
**Paul Reece Marr, P.C.**
**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
**(770) 984-2255   Fax: (678) 623-5109**
**paul.marr@marrlegal.com**
_____
*Name of law firm*

## United States Bankruptcy Court
### Northern District of Georgia,  Atlanta Division

In re   **Kirby Construction Group, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Kirby, Jr.**<br>**PO Box 1926**<br>**Conyers, GA 30012** | | **100%** | **membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 13, 2023**

Signature   **/s/ Andrew C. Kirby, Jr.**

**Andrew C. Kirby, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Kirby Construction Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 13, 2023**

**/s/ Andrew C. Kirby, Jr.**

**Andrew C. Kirby, Jr.**/**Manager**
Signer/Title

A.G. Adjustments, Ltd.
for Sherwin Williams Paint
740 Walt Whitman Road
Melville, NY 11747


Andrew Kirby Sr
2760 Glad Dale
Conyers, GA 30094


Andrew Kirby, Jr.
P.O. Box 1926
Decatur, GA 30035


Anitra Kirby
570 Brown Church Road
Social Circle, GA 30025


Armstong Relocation Services
6950 Business Court
Atlanta, GA 30340


Artistic Builders Supply
Ace Hardware
963 Buford Dr C
Lawrenceville, GA 30043


Atlanta Specialty Millworks
1360 Logan Cir NW
Atlanta, GA 30318


Build.com #3700
c/o DAL, Inc.
PO Box 162
Clifton Heights, PA 19018


C2C Resources, LLC
1455 Lincoln Pkwy E Suite 550
Atlanta, GA 30346

Caroline Smith
1504 Aurora Ave
Cleveland, TN 37311


Citibank
PO Box 790411
Saint Louis, MO 63179


City Electric Supply
Dallas Division
400 S Record St Ste 1250
Dallas, TX 75202-4839


Color Schemes Corporation
321 Vineyard Drive
Athens, GA 30607


Commercial Industrial Finance
d/b/a Indoff Capital
10024 Office Center Ave. #1500
Saint Louis, MO 63128


Dakota Cormican
1004 C St
La Porte, IN 46350


Dalfen Industrial LLC
Susan Cantrell, Property Mngr
5607 Glenridge Dr, Ste 460
Atlanta, GA 30342


Dept. of Justice-Tax Division
Civil Trial §, So. Region
POBox14198, BenFranklinStation
Washington, DC 20044


Edge Business Systems LLC
1350 Northmeadow Pkwy
Roswell, GA 30076

First Electronic Bank
Derek Higginbotham, CEO
2150 S 1300 E; Ste 400
Salt Lake City, UT 84106


Fundbox
Prashant Fuloria, CEO
6900 Dallas Parkway, STE 700
Plano, TX 75024


FundBox
c/o Sequium Asset Solutions
1130 Northchase Pkwy SE Ste 15
Marietta, GA 30067-6429


Georgia Department of Revenue
ARCS - Bankruptcy
1800 Century Blvd NE Ste  9100
Atlanta, GA 30345-3202


Hardware Resources
c/o Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


Houzz
Legal Dept.
285 Hamilton Avenue, 4th Floor
Palo Alto, CA 94301


Interceramic Inc.
c/o CST World Wide
PO Box 224768
Dallas, TX 75222-4768


Internal Revenue Service
Stop 334D
401 W. Peachtree Street
Atlanta, GA 30308

Internal Revenue Service (CIO)
PO Box 7346
Philadelphia, PA 19101-7346


KCG Flooring & Design LLC
5365 Dividend Drive, Suite F
Decatur, GA 30035


Kendal Campbell
318 Caruthers Ave
Hohenwald, TN 38462


Leaf Funding, Inc.
Legal Dept.
2005 Market Street 14th Floor
Philadelphia, PA 19103


Lester J. Hubble, Esq.
for Indoff Capital
5353 S. Lindbergh Blvd #210
Saint Louis, MO 63126


Lime Granite dba Toro Granite
3853 Green Industrial Way
Atlanta, GA 30341-1911


Mikeitz Realty (Snapfinger GA)
c/o Dalfen Ind. - S. Cantrell
5607 Glenridge Dr. Ste 460
Atlanta, GA 30342


Panet Peterson
206 Bond Drive
Ellenwood, GA 30294


Republic Bank; Collections
formerly Commercial Industrial
10024 Office Center Avenue
Saint Louis, MO 63128

Richard M. Howe, Esq.
for Technology Insurance Co.
4385 Kimball Bridge Rd #100
Alpharetta, GA 30022


Robert Kirby
570 Brown Church Road
Social Circle, GA 30025


Rosen Materials
c/o Vericore
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078-6482


Sherwin Williams Paint
1561 Highway 138 SE
Conyers, GA 30013-1278


Social Circle Ace Home Center
181 S Cherokee Rd,
Social Circle, GA 30025


Southern Wholesale Flooring Co
955 Cobb Place Blvd NW
Kennesaw, GA 30144


Spahn & Rose Lumber Company
1100 Rockdale Road
Dubuque, IA 52003-7875


Suzanne Elliott
40 Highlands Way
Oxford, GA 30054


Todd Sprinkle, Esq.
for Mikeitz Realty
1075 Peachtree Street NE #1500
Atlanta, GA 30339

Top Knobs USA
c/o Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


Tucker Acoustical Products Inc
2014 Steel Drive
Tucker, GA 30084


U.S. Attorney
600 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303


U.S. Small Business Admin.
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155


U.S. Small Business Admin.
GA District Office
233 Peachtree Street NE; #300
Atlanta, GA 30303


United States Attorney
600 Richard B Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Wells Fargo Bank
PO Box 51174
Los Angeles, CA 90051-5474

```
Wex Bank
c/o Frontline Asset Strategies
2700 Snelling Ave N, Ste 450
Saint Paul, MN 55113
```

# United States Bankruptcy Court
### Northern District of Georgia,  Atlanta Division

In re **Kirby Construction Group, LLC**

Debtor(s)

Case No. 

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Kirby Construction Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 13, 2023**

Date

**/s/ Paul Reece Marr GA Bar #**

**Paul Reece Marr GA Bar # 471230**

Signature of Attorney or Litigant

Counsel for **Kirby Construction Group, LLC**

**Paul Reece Marr, P.C.**

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
**(770) 984-2255 Fax:(678) 623-5109**
**paul.marr@marrlegal.com**